

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-15-00276-CV

**IN RE DESCON CONSTRUCTION, L.P.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

On May 4, 2015, relator Descon Construction, L.P. filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 6, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. DC-14-46, styled *Rio Grande City Consolidated Independent School District v. Descon Construction, L.P., et al.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Ana Lisa Garza presiding.